| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Kim R. Lynch, Esq. (KL-5866)<br>klynch@formanlaw.com | |
| In Re:<br><br>LILLIAN COURT ASSOCIATES, LLC<br><br>                                      Debtor. | Chapter:    7<br>Case No.:  16-33869 (SLM)<br><br>Hearing Date:  January 2, 2018<br>Hearing Time:  10:00 a.m. |

### NOTICE OF MOTION FOR ENTRY OF AN ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363(b) AND (f) AND FOR RELATED RELIEF

**PLEASE TAKE NOTICE** that on January 2, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Charles M. Forman, chapter 7 trustee ("Trustee") for Lillian Court Associates, LLC (the "Debtor"), shall move before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3A, Newark, New Jersey 07102, for entry of an Order approving sale of real property free and clear of liens, claims, interest and encumbrances pursuant to 11 U.S.C. §§363(b) and (f) and for related relief.

**PLEASE TAKE FURTHER NOTICE** that in support of the Trustee's motion, the undersigned shall rely on the certification of Charles M. Forman, submitted herewith and the accompanying memorandum of law.

F0009727 - 1

**PLEASE TAKE FURTHER NOTICE** that any party wishing to make a higher or better offer for the Property should notify the undersigned in writing seven (7) days prior to the hearing date of this motion and provide a written offer, in terms acceptable to the Trustee, together with a ten (10%) percent deposit in good funds prior to the hearing.  In order for any such offer to be considered, the offering party must appear at the hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-1(d)(2), responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102, and served upon Forman Holt, attorneys for the Trustee, 66 Route 17 North, First Floor, Paramus, New Jersey 07652  Attn:  Kim R. Lynch, no later than seven days prior to the return date of the within motion.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, this Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and relief sought herein may be granted without a hearing.

|  |  |
|---|---|
|  | FORMAN HOLT<br>Attorneys for Trustee |
|  | By:   */s/ Kim R. Lynch* |
| Dated:  December 6, 2017 | Kim R. Lynch |

F0009727 - 1